# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Lorraine De La Cruz,<br><br>        Plaintiff,<br><br>    v.<br><br>Connecticut General Life Insurance Company, Federated Department Stores, Inc., Executive Group Long Term Disability Plan,<br><br>        Defendants. | Case No.  CV-10-00577-PHX-GMS<br><br>**ORDER** |

Pursuant to the Stipulated Motion to Dismiss Defendants Federated Department Stores, Inc. and Executive Group Long Term Disability Plan (Doc. 15),and good cause showing,

**IT IS HEREBY ORDERED** that Defendants Federated Department Stores, Inc. and Executive Group Long Term Disability Plan are dismissed from his action without prejudice.

Dated this 11th day of August, 2010.

_____
G. Murray Snow
United States District Judge