IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lorraine De La Cruz,<br><br>  Plaintiff,<br><br>vs.<br><br>Connecticut General Life Insurance Company,<br><br>  Defendant. | No. CV-10-577-PHX-GMS<br><br>**ORDER** |

Pursuant to the parties' Stipulated Motion to Dismiss with Prejudice (Doc. 23), and good cause appearing,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice, each party to bear their own costs and fees.

DATED this 29th day of September, 2010.

_____
G. Murray Snow
United States District Judge